1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 JACK MCKARSON II            )   Case No. 12- CV-65 CMK
                               )
12                             )
                               )
13                             )   STIPULATION AND
                               )   ORDER EXTENDING PLAINTIFF'S
14      Plaintiff,             )   TIME TO FILE SUMMARY
                               )   JUDGMENT MOTION
15 v.                          )
                               )
16 MICHAEL J. ASTRUE           )
   Commissioner of Social Security )
17 of the United States of America, )
                               )
18      Defendant.             )
                               )
19 _____)

20
        IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that
21
   Plaintiff's time to file her summary judgment is hereby extended from August 6, 2012, to August 29,
22
   2012.   Plaintiff's counsel has three other briefs due within the calendared date for Mr. McKarson's
23
   brief and needs to extend the due date for his summary judgment motion.   This is Plaintiff's first
24
   requested extension on this case.
25
   / / / /
26
   / / / /
27
   / / / /
28

                                                   1

| | |
|---|---|
| Dated: July 25, 2012 | */s/Bess M. Brewer* <br> BESS M. BREWER <br> Attorney at Law |
| | Attorney for Plaintiff |
| Dated: July 25, 2012 | Benjamin B. Wagner |
| | United States Attorney |
| | Donna L. Calvert <br> Acting Regional Chief Counsel, Region IX <br> Social Security Administration |
| | /s/ *Armand D. Roth* <br> ARMAND D. ROTH |
| | Special Assistant United States Attorney <br> Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: August 10, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2