BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JACK MCKARSON II**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>**Defendant.** | **Case No. 12- CV-65 CMK**<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGMENT MOTION** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment is hereby extended from August 6, 2012, to August 29, 2012. Plaintiff's counsel has three other briefs due within the calendared date for Mr. McKarson's brief and needs to extend the due date for his summary judgment motion. This is Plaintiff's first requested extension on this case.

////

////

////

Dated: July 25, 2012              */s/Bess M. Brewer*
                                  BESS M. BREWER
                                  Attorney at Law

                                  Attorney for Plaintiff


Dated: July 25, 2012              Benjamin B. Wagner

                                  United States Attorney

                                  Donna L. Calvert
                                  Acting Regional Chief Counsel, Region IX
                                  Social Security Administration

                                  /s/ *Armand D. Roth*
                                  ARMAND D. ROTH

                                  Special Assistant United States Attorney
                                  Attorneys for Defendant


**ORDER**

APPROVED AND SO ORDERED.

 DATED:   August 10, 2012

                                  _____
                                  **CRAIG M. KELLISON**
                                  UNITED STATES MAGISTRATE JUDGE

2