BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK MCKARSON II | Case No. 12- CV-65 CMK |
| Plaintiff, | STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION |
| v. | |
| MICHAEL J. ASTRUE<br>Commissioner of Social Security<br>of the United States of America, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment is hereby extended to September 19, 2012. Plaintiff's brief was previously extended until August 29, 2012, but due to oversight was not properly calendered. Plaintiff's counsel just became aware of the oversight needs a short additional extension.

/ / / /

/ / / /

/ / / /

1

Dated: September 6, 2012        /s/Bess M. Brewer
                                BESS M. BREWER
                                Attorney at Law

                                Attorney for Plaintiff


Dated: September 6, 2012        Benjamin B. Wagner

                                United States Attorney

                                Donna L. Calvert
                                Acting Regional Chief Counsel, Region IX
                                Social Security Administration

                                /s/ Armand D. Roth
                                ARMAND D. ROTH

                                Special Assistant United States Attorney
                                Attorneys for Defendant


                           **ORDER**

APPROVED AND SO ORDERED.


DATED:  September 10, 2012

                                                                    
                                **CRAIG M. KELLISON**
                                UNITED STATES MAGISTRATE JUDGE