1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051

4

5  Attorneys for Plaintiff

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11  JACK MCKARSON II                    )      Case No. 12- CV-65 CMK
                                         )
12                                       )
                                         )
13                                       )      STIPULATION AND
                                         )      ORDER EXTENDING PLAINTIFF'S
14           Plaintiff,                  )      TIME TO FILE SUMMARY
                                         )      JUDGEMENT MOTION
15  v.                                   )
                                         )
16  MICHAEL J. ASTRUE                    )
    Commissioner of Social Security      )
17  of the United States of America,     )
                                         )
18           Defendant.                  )
                                         )
19  _____  )

20
         IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that
21
    Plaintiff's time to file her summary judgment is hereby extended to September 19, 2012.   Plaintiff's
22
    brief was previously extended until August 29, 2012, but due to oversight was not properly calendered.
23
    Plaintiff's counsel just became aware of the oversight needs a short additional extension.
24
    / / / /
25
    / / / /
26
    / / / /
27

28

                                           1

1

2    Dated: September 6, 2012              */s/Bess M. Brewer*
                                          BESS M. BREWER
3                                         Attorney at Law

4                                         Attorney for Plaintiff

5

6
     Dated: September 6, 2012              Benjamin B. Wagner
7
                                           United States Attorney
8
                                           Donna L. Calvert
9                                          Acting Regional Chief Counsel, Region IX
                                           Social Security Administration
10
                                           */s/ Armand D. Roth*
11                                          ARMAND D. ROTH

12                                         Special Assistant United States Attorney
                                           Attorneys for Defendant
13

14                                         **ORDER**

15   APPROVED AND SO ORDERED.

16

17

18    DATED:  September 10, 2012

19

20                                         **CRAIG M. KELLISON**
                                           UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28

2